## 1

**Augustin DERBY, as Trustee in Bankruptcy of the Estate of Louis Piesachowitz, Nathan Piesachowitz, Jacob Piesachowitz, and Meyer Piesachowitz, Individually and as Copartners Trading under the Firm Name and Style of Piesachowitz Bros., Bankrupts, Plaintiff-Appellant, v. Joseph GLUCK, Abner Gluck, and Nathan Kasinitz, Copartners Doing Business under the Firm Name and Style of Joseph Gluck & Co., Defendants-Respondents.**

(Circuit Court of Appeals, Second Circuit. October 20, 1925.)

No. 24.

Appeal from the District Court of the United States for the Southern District of New York.

Silver & Moskowitz, of New York City (Burnstine & Geist and George E. Netter, both of New York City, of counsel), for plaintiff.

Shaine & Weinrib, of New York City (George C. Levin, of New York City, on the brief), for defendants-respondents.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Decree affirmed.

## 2

**DOEHLER DIE CASTING COMPANY et al., Complainant, v. GEARHART KNITTING MACHINE COMPANY, Respondent (COUNTY NATIONAL BANK, Intervener and Appellant).**

(Circuit Court of Appeals, Third Circuit. December 14, 1925.)

No. 3415.

Appeal from the District Court of the United States for the Western District of Pennsylvania; Robert M. Gibson, Judge.

Appeal of the County National Bank from the District Court of the United States for the Western District of Pennsylvania, authorizing the issuance of receivers' certificates and the expenditure of the proceeds from the sale thereof.

Moorhead & Knox, of Pittsburgh, Pa., and Hartswick, Arnold & Platt, J. P. O'Laughlin, and A. H. Woodward, all of Clearfield, Pa., for appellant.

Reed, Smith, Shaw & McClay, of Pittsburgh, Pa., Wolf, Patterson, Block & Schorr, of Philadelphia, Pa., A. M. Liveright, of Clearfield, Pa., and Sidney E. Smith, of Philadelphia, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and DAVIS, Circuit Judges.

PER CURIAM. The exigencies of this receivership call for such a speedy decision of this case that an extended discussion of its issues is impossible. We shall only say that in our opinion the money to be raised on receivers' certificates and to be applied in part to the discharge of the corporation's past-due indebtedness to service instructors and to many thousand widely scattered "knitters," whereby the recovery of many thousand dollars worth of the corporation's yarn and the enhancement of the value of certain of its assets are made possible, will not, in the peculiar character of the business, amount in law to preferential payment of the claims of unsecured creditors, but rather that such payment is a necessarily precedent factor in the conservation of the corporation's property.

The decree of the District Court is affirmed.

## 3

**Bryer FOSTER, Complainant-Appellant, v. LAND MAP REALTY CORPORATION, Seimor Estates Corporation, and Irwin Allen Lehr, Defendants-Appellees.**

(Circuit Court of Appeals, Second Circuit. November 2, 1925.)

No. 40.

Appeal from the District Court of the United States for the Southern District of New York.

D. W. Steele, Jr., of New York City, for appellant.

Eisman, Lee, Corn & Lewine, of New York City (Bernard H. King and Joseph J. Corn, both of New York City, of counsel), for appellees.

Before HOUGH, MANTON, and HAND, Circuit Judges.

PER CURIAM. Decree affirmed, with costs.

## 4

**Alec J. GERRARD and Gerrard Wire Tying Machines Co., Inc., Plaintiffs-Appellants, v. TI-IT MACHINES COMPANY, Defendant-Appellee.**

(Circuit Court of Appeals, Second Circuit. October 5, 1925.)

No. 96.

Appeal from the District Court of the United States for the Southern District of New York.